

**FILED**

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0162

ROBERT L. ROSE,

     Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

     Respondents and Appellees.

**FILED**

JUN 18 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

Appellant Robert L Rose has filed a fourth motion for extension of time to file his reply brief, asking that his brief not be due until after the Court makes a decision on his motion for stay filed June 17, 2024.

IT IS HEREBY ORDERED that Appellant has until July 8, 2024, to file his reply brief.

No further extensions will be granted. If the reply brief is not filed by July 8, 2024, this matter will be sent up to the Court on the briefs filed to date.

DATED this 18 day of June, 2024.

For the Court,

_____
Chief Justice